# PD-1200-15

To the      Court of Criminal Appeals of Texas

From

    Freddie Rodriguez

    TDC# 1892352

    Darrington Unit

    59 Darrington Rd.

    Rosharon TX. 77583

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk

**FILED IN**
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk

Re. Rodriguez Freddie

    CCA NO. PD-1200-15

Trial Court Case NOS. 1292777D & 1339641D

COA NOS. 02-13-00538-CR
& 02-13-00539-CR

    Appellant Freddie Rodriguez Pro Se recieved a document from this honorable Court on or about the Date of Sept 17, 2015. Informing Appellant was late filing for his Petition for Discretionary Review was due in Court of Appeals on June 29, 2015

Records reflect an opinion was issued by the 2^(ND) Court of Appeals on May 28, 2015

This Mandate/opinion was Not Mailed to Appellant until on or about the date of July 27, 2015.

Please check the Mail Room Records of TDCJ for verification.

Appellant requests for this Honorable Court to consider all facts of information and Grant Appellant's Petition for Discretionary Review.

Sincerely

Freddie Rodriguez
Appellant Pro Se
*Freddie Rodriguez*

State of Texas
County of Brazoria          Unsworn Declaration - State Law

The following Declaration is made Pursuant to federal law U.S.C.A. § 1746 And state law V.T.C.A Civil Practice and Remedies Code § 132.001 - 132.003:

"My Name is Freddie Rodriguez My Date of Birth is Feb. 11, 1966 And My Inmate identifying Number is 1892352. I am presently incarcerated in TDCJ-ID at the Darrington Unit in Rosharon, Texas 77583 Brazoria County. I declare under Penalty of Perjury that Foregoing is True and Correct.

Executed on this day 11th of October 2015

*Freddie Rodriguez*
1892352